THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| DENA B. FANTLE,<br><br>              Plaintiff,<br><br>   v.<br><br>WHOLE FOODS MARKET INC., a corporation d/b/a WHOLE FOODS MARKET PACIFIC NORTHWEST, INC.,<br><br>              Defendant. | CASE NO. C16-1162 JCC<br><br>MINUTE ORDER |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated motion to substitute counsel (Dkt. No. 11). The motion is GRANTED. The Court hereby PERMITS the withdrawal of Lauren B. Rainwater and Steven P. Caplow and the law firm of Davis Wright Tremaine LLP in the above-captioned case and the substitution of Roy A. Umlauf and Kimberly A. Reppart of Forsberg & Umlauf, P.S, as counsel of record for Defendant Whole Food Market, Inc. d/b/a Whole Foods Market Pacific Northwest, Inc.

//

//

MINUTE ORDER C16-1162 JCC
PAGE - 1

1       DATED this 9th day of May 2017.

                                        William M. McCool
                                        Clerk of Court

                                        s/Paula McNabb
                                        Deputy Clerk