# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| DENA B. FANTLE, individually, | CASE NO. C16-1162-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| WHOLE FOOD MARKET, INC., a Corporation dba WHOLE FOODS MARKET PACIFIC NORTHWEST, INC., | |
| Defendant. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

The parties have filed a stipulation and proposed order of dismissal (Dkt. No. 14). Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A), this stipulation is self-executing, and this action is DISMISSED with prejudice and without an award of costs or attorney fees to either party. The Clerk is directed to CLOSE this case.

DATED this 25th day of October 2017

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk

MINUTE ORDER C16-1162-JCC
PAGE - 1